**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HON LAU, | ) NO. CV 11-3180 JSL (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| K. HARRINGTON, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 25, 2011.

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE